■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY FALSION, Appellant. [631 NYS2d 270] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Doyle, J.—Bail Jumping, 2nd Degree.) Present—Green, J. P., Lawton, Wesley, Doerr and Davis, JJ.